AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

LENDING HAND MORTGAGE CORP.,

            *Plaintiff(s)*

v.

LENDING HAND MORTGAGE OF TN LLC d/b/a
LENDING HAND MORTGAGE, LLC,

            *Defendant(s)*

Civil Action No. 8:16 CV 576 30 AEP

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* DANIELLE RUSSELL, REGISTERED AGENT
LENDING HAND MORTGAGE OF TN LLC
523 Seabreeze Drive
Panama City Beach, FL 32407

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: JOSEPH J. WEISSMAN, ESQ.
JOHNSON, POPE, BOKOR, RUPPEL & BURNS, LLP
403 E. Madison Street, 4th Floor
Tampa, FL 33602
Tel: 813-225-2500
E-Mail: josephw@jpfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: MAR - 9 2016

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*